JH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
OCT 29 2007
OCT 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry Martin

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer Moss
and any John Doe
officers and States
Attorney.

07CV6100
JUDGE DARRAH
MAG. JUDGE NOLAN

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

　✓　　 **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Larry Martin

   B. List all aliases: _____

   C. Prisoner identification number: 2006-007-5305

   D. Place of present confinement: Cook County Dep. of correction

   E. Address: P.O. Box 089002 - Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Mr. Moss

   Title: Police Officer Badge No. #10791

   Place of Employment: 7101 S. Cottage Grove, Chica, IL. 60629

   B. Defendant: John Doe

   Title: office

   Place of Employment: 7101 S. Cottage Grove, Chic, IL 60629

   C. Defendant: States Attorney - John Doe

   Title: State's Attorney

   Place of Employment: 2650 S. California, Chica, IL 60608

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (✓) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (✓)

C. If your answer is YES:

1. What steps did you take?

_No Grievance can be filed_

2. What was the result?

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D. If your answer is NO, explain why not:

E. Is the grievance procedure now completed? YES ( · ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO (✓)

G. If your answer is **YES**:

    1. What steps did you take?

    _____

    _____

    _____

    2. What was the result?

    _____

    _____

    _____

H. If your answer is NO, explain why not:

I'm still lock-up on a pending Charge
_____

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Section 1993 07-C-0766

B. Approximate date of filing lawsuit: 12-6-06

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Larry Martin

D. List all defendants: Mr. Turner and Mr or Ms. Danna.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Judge Pallmeyer

G. Basic claim made: Food Poisoning

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: Pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Malicious Prosecution; On Feb. 17, 2006 I was arrested for Possession cntold Substance on March 9 2006, this case was found with nolle Prosequi, without leave to "Reinstate" in which I stated incarcerated for 21 days untill this case was Dismiss for or Nolle Prosequi, On March 23 on or about, this case where Reinstated under case No. 06-CR-7547-03, on April 13, 06 I was giving a 4,000 I-Bond On or about Feb 20, 2007 this case was Dismiss for "No" Probable cause After 12 or 13th months of fighting this case. 1. I was no longer able to pay my rent for my appartment so I lost it, 2. I was in custody for 21 days in violation of my Constitutional Rights, 3- I have to attendance court for about a year or more before this case was Dismiss.

Revised: 7/20/05

4. The State detaing control over me untill this case was dismiss on or about Feb. 20, 2007 in violation of my fourth Amendment. I was scarcely at liberty; I remained apprehended, arrested in my movement, indeed "Seized" for total, so long as I was bound to appear in court and answer the Defendant's charges.

5. While incarcerated I had to undergo swabing of the penis area, undue blood testing, sleeping on the floor, eating food that a dog wouldn't eat, being in the cell with two other detainees, being mistreated by staff and detainees. The Defendant's has violated my constitutional rights under the 4-5-8-14 Amendment. 6- On September 27-2006 Plaintiff, was charge with a "Burglary" while waiting trial for the possession. P.S. Plaintiff had to wait untill his possession case was done before he can start perpairing for his Burglary charge, which took 4-to-5 months. That would make the Plaintiff's time served for the possession charge almost 6 months, in violation of his constitutional Rights under the 4-5-8-14, Amendment.

VI.   Relief:

7

**VI.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like this Honorable Court, to make the Defendant's pay for the pain and suffering of the Plaintiff as well as mental and emotional Detress in the sum of 350,000.00

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of Oct, 20 07

_____
(Signature of plaintiff or plaintiffs)

Larry Martin
(Print name)

2006-007-5305
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)

8