**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

Civil Cover

07CV6100
JUDGE DARRAH
MAG. JUDGE NOLAN

| | |
|---|---|
| **Plaintiff(s):** LARRY MARTIN | **Defendant(s):** OFFICER MOSS, et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:** Larry Martin #2006-0075305 Cook County Jail P.O. Box 089002 Chicago, IL 60608 | **Defendant's Attorney:** |

**FILED**
OCT 29 2007
OCT. 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** A.E. Woodham   **Date:** 10/29/2007