**FILED**
DEC 0 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6100

Dear Clerk of the District Court,

**Change of Address**

I'm writing to you in regards of my pending law suit. I have no way of giving you my case numbers, but I do have three law suit pending in your court. One which was filed in Dec. 6, 2006 or 8th for food related illness. The other two was filed within the last month. I'm still at the Cook County Jail, but my D.O.C. number has change, from 200600-75305 - To 20070088166, So please send any and all mail to my new number. I also had a hearing on the 27th Nov. at 9:00 AM. That must be heard at a later date since my number has been change.

I also would like to thank you for your time and consideration in this matter.

Sincerely,
[signature]
#2007-008-8166
P.O. Box 089002
Chicago, IL 60608