CH

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Larry Martin | 07C6100 |
| DEFENDANT | TYPE OF PROCESS |
| Officer Moss, et al. | S/C |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ► | Officer Moss, Badge #10791 |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | C.P.D. C/O Patricia Martin, Supv. of Subpoenas 3510 S. michigan Ave. Chgo., IL |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Larry Martin, #2006-007-5305<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                   Fold

Officer Moss works at 7101 S. Cottage Grove, Chicago, IL 60629 prescient.

| Signature of Attorney or other Originator requesting service on behalf of: | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 11-16-07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 24 | No. 24 | TD | 11-16-07 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| VINCENT CAFFO, LEGAL DEPT. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| | 12/7/07 | 1428 | (pm) |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 48.00 | 1.46 | 0 | 49.46 | 0 | 49.46 | 0 |

REMARKS:

3 mile R/T; 1 deputy; 1 hr

FILED

DEC 18 2007
Dec 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**NOTICE TO PROCESS SERVER**

Case Caption & Docket Number: _Martin   v.   Moss   07 C 6100_

Received By: _V. Case_

name & signature

Date & Time Received: _07 Dec. 07,   2:30_

Please be advised that the Chicago Police Department is not accepting service on behalf

of any individual defendant(s) in the above-captioned matter but is receiving the documents

in order to facilitate service upon the individual defendant(s) who are Chicago police officers.

The Department will contact the individual officers to accept service. After the officer has

accepted service, you will be notified through regular court procedures.