Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6100 | DATE | 12-18-07 |
| CASE TITLE | Larry Martin (#2007-0088166) vs. Officer Moss, et al. | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's undated letter [#8]. The Clerk is directed to mail the plaintiff a copy of the court's docket in this case. The plaintiff is once again reminded that he must provide the court with the original plus a judge's copy of every document filed.

■ [Docketing to mail notices.]

mjm