IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 07 C 6100 |
| | ) | |
| OFFICER MOSS; | ) | Judge Darrah |
| | ) | Magistrate Nolan |
| Defendants. | ) | |

**DEFENDANT MOSS' MOTION TO EXTEND TIME IN WHICH
TO ANSWER OR OTHERWISE PLEAD**

Defendants Chicago Police Officer JOHN MOSS (herein "Defendant"), by his attorney, Sanjay H. Patel, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court for an extension of time, up to and including 2-4-08, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

(1) The undersigned counsel filed his Appearance for Defendant Police Officers on 1-8-08.

(2) This matter was filed on 11-5-07. Summons and Complaint have been personally served upon Defendant.

(3) The undersigned have not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

(4) The undersigned also have ordered, but have not yet received, all of the Chicago Police Department records to enable Defendants to properly respond to Plaintiff's Complaint.

(5) This motion is Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendant requests that this Court to grant his motion for an extension of time to and including 2-4-08, to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/  Sanjay Patel
SANJAY H. PATEL
Assistant Corporation Counsel
Attorney for Defendant Officers
30 NORTH LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO.  06272840