## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **LARRY MARTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **NO. 07 C 6100** |
| | ) | |
| **OFFICER MOSS;** | ) | **Judge Darrah** |
| | ) | **Magistrate Nolan** |
| **Defendant.** | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:    LARRY MARTIN
       20070088166
       COOK COUNTY JAIL
       P.O. BOX 089002
       CHICAGO, IL 60608

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge DARRAH, or before such other Judge sitting in his place or stead, on **1-15-08 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1203** United States District Court, 219 S. Dearborn Street, Chicago, Illinois,  and then and there present the attached Motion.

I HEREBY CERTIFY that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION and DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 8 JAN 08, in accordance with the rules on electronic filing of documents.

Respectfully submitted,
/s/  SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO. 06272840