IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 07 C 6100 |
| | ) | |
| OFFICER MOSS; | ) | Judge Darrah |
| | ) | Magistrate Nolan |
| Defendants. | ) | |

**DEFENDANT MOSS' SECOND MOTION TO EXTEND
TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants Chicago Police Officer JOHN MOSS (herein "Defendant"), by his attorney, Sanjay H. Patel, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court for an extension of time, up to and including 3-3-08, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

(1) The undersigned counsel filed Defendant's first request for an extension of time in which to answer plaintiff's complaint was filed on 1-7-08.

(2) This Court, on 1-10-08, granted Defendant's motion allowing Defendant up to 2-4-08 to file an answer.

(3) The undersigned has interviewed the police personnel.

(4) The undersigned also has ordered, but have not yet received, all of the Chicago Police Department records to enable Defendants to properly respond to Plaintiff's Complaint.

(5) Plaintiff's complaint in convoluted in that makes reference to three separate court proceedings and possibly two separate incidents.

(6) The undersigned respectfully requests additional time to investigate the nature of plaintiff's claims so that Defendant can properly answer plaintiff's complaint.

(5)     This motion is Defendants' second request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendant requests that this Court to grant his motion for an extension of time to and including 3-3-08, to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/  Sanjay Patel
SANJAY H. PATEL
Assistant Corporation Counsel
Attorney for Defendant Officers
30 NORTH LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO.  06272840