IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY MARTIN, | ) |
| | ) |
|       Plaintiff, | ) |
|   v. | )   NO. 07 C 6100 |
| | ) |
| OFFICER MOSS; | )   Judge Darrah |
| | )   Magistrate Nolan |
|       Defendant. | ) |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   LARRY MARTIN
       20070088166
       COOK COUNTY JAIL
       P.O. BOX 089002
       CHICAGO, IL 60608

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**.

     PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge DARRAH, or before such other Judge sitting in his place or stead, on **2-7-08 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1203** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

     I HEREBY CERTIFY that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION and DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 1 FEB 08, in accordance with the rules on electronic filing of documents.

                                                    Respectfully submitted,
                                                    /s/ SanjayPatel
                                                    SANJAY H. PATEL
                                                    Assistant Corporation Counsel
                                                    30 N. LA SALLE ST., SUITE 1400
                                                    CHICAGO, ILLINOIS 60602
                                                    (312) 742-3902
                                                    ATTORNEY NO. 06272840