## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6100 | **DATE** | 2/5/08 |
| **CASE TITLE** | Martin v. Moss | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to extend time [16, 17] is granted. Defendant has until 3/3/08 to answer or otherwise plead. Status hearing set for 2/7/08 is stricken and reset to 3/11/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|