IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 07 C 6100 |
| | ) | |
| OFFICER MOSS; | ) | Judge Darrah |
| | ) | Magistrate Nolan |
| Defendant. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To: LARRY MARTIN
20070088166
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**.

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE and DEFENDANT'S ANSWER** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 20 FEB 08, in accordance with the rules on electronic filing of documents.

Respectfully submitted,
/s/ SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO. 06272840