MHN

IN THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 3 2008 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY MARTIN, plaintiff, )
) No. 07 C 6106
v. )
)
) Judge Darrah
OFFICER MOSS, Defendant. ) Magistrate Nolan

### NOTICE OF MOTION AND CERTIFICATE SERVICE

TO: SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1400
Chicago, Illinois 60602

Please take notice that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Motion in respond to the Defendant's Answer, Affirmative Defenses and Jury Demand.

I HEREBY CERTIFY that I have caused true and correct copies of the above and foregoing Notice and Plaintiff's respond to the defendant's Answer, to be sent to the persons named above, and mail at the Cook County Jail Mail Room, at P.O. Box 089002, Chicago, IL 60608. ON Feb    , 2008