Case No. 07-C-766
Case No. 07-C-6476
Case No. (07-C-6100)

Larry Martin
#20070088166
P.O. Box 089002
Chicago, IL 60608

FILED
MAR 13 2008
Mar 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of The District Court:  Date: 3-8-08

    I'm writing to you in regards to a court order for the Law Library, that I'm truly in the need of. I have three claims pending and one I'm just filing. Under case no. 07-C-766 I am now working on my Discovery, and my Discovery close date is set for April 4, 2008 against Larry Martin v.s. Mr. Turner, et al. I also have a claim against Tom Dart, cfo, et al. under case no. 07-C-6476. And officer Moss under case no. 07-C-6100. I have three claim pending and one on the way. So I'm truly in the need of "Extra" time in the Law Library. I need this court order as soon as possible. I do have a deadline. And the Librarian at Cook County is not honoring my deadline, By getting me to the Law Library every other week.

    I can not research my case in two or three days out of the month. Please Send me this order back as soon as possible.

    I also would like to thank you for your time and consideration in this matter.

Sincerely,
Mr. Larry Martin