Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6100 | DATE | 3-18-08 |
| CASE TITLE | Larry Martin (#2007-0088166) vs. Officer Moss, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's "motion in response to defendant's answer" [#21] is stricken. No reply to the answer is permitted unless ordered by the court  *See* Fed. R. Civ. P. 7(a).

■ [Docketing to mail notices.]

mjm