Re: Martin v. Moss 04-C-6100    MHW

(07CV6100)

Dear Clerk of the District Court:    April 24, 08

I'm writing this letter to inform Judge Darrah, that I will be in court on April 30, 2008. I have been inform by the Defendant's Counselor that there will be a discovery schedule on April 30, 2008.

Therefore, if I'm needed the date will have to be reschedule, I would like for the Discovery process to move foreward because I have others Defendants that I need to Amend into my complaint.

I need the Honorable Judge Darrah to inform the Defendant's counselor to forward me without motion all Discovery under Rule 26 A, B, C, and D. So that I may prepare my Amended complaint to add others defendants.

I also would like to thank you for your time and consideration in this matter.

**FILED**
APR 3 0 2008
4-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely,
Mr. Danny Martin