IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY MARTIN, | ) |
| | ) |
|    Plaintiff, | ) |
|   v. | )  NO. 07 C 6100 |
| | ) |
| OFFICER MOSS; | )  Judge Darrah |
| | )  Magistrate Nolan |
|    Defendant. | ) |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: LARRY MARTIN
   20070088166
   COOK COUNTY JAIL
   P.O. BOX 089002
   CHICAGO, IL 60608

  **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S RULE 12 (c) MOTION.**

  **I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF FILING and DEFENDANT'S RULE 12 (c) MOTION** the persons named above by U.S. Mail on 22 MAY 08, along with a copy of all case law cited in DEFENDANT'S MOTION.

DATED: 21 MAY 2008

                Respectfully submitted,
                /s/ **SanjayPatel**
                SANJAY H. PATEL
                Assistant Corporation Counsel
                30 N. LA SALLE ST., SUITE 1400
                CHICAGO, ILLINOIS  60602
                (312) 742-3902
                ATTORNEY NO. 06272840