

United States District Court, Northern District of Illinois, Eastern Division

Larry Martin,
    Plaintiffs,

vs.

Officer Mass,
    Defendants.

Case No. 07-cv-06100

Honorable Judge John W. Darrah

FILED
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiffs' Motion For Disclosures of Rule 26 (a)(1)(A)(i)(B)(a)(i)(C)(a)(i)(D)

Now comes Plaintiff, Larry Martin, Pro Se and move this Honorable Court for disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure:

<u>Rule 26(a)(1)(A)</u>: The name and, if known, the address and telephone number of each individual likely to have discoverable information that Plaintiff may use to support their claims or defenses, unless solely for impeachment, identifying the subject of information.

-1-

Rule 26(a)(1)(B): A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of Defendants and that the Plaintiff may use to support his claim or defenses, unless soleld for impeachment.

Rule 26(a)(1)(C): A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of injuries suffered.

Rule 26(a)(1)(D): For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburs. For payments made to satisfy the judgment.

Respectfully Submitted,
Danny Martin, P.O. Box 089002
#20070088166, Chicago, IL
60608

-2-