In The United States District Court
For The Northern District of Illinois
      Eastern Division

FILED
MAY 1 9 2008 MD
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Larry Martin
       Plaintiff                )  Case No. 7-CV-06100

       vs.                      )  Honorable Judge
                                )  John W. Darrah

Officer Moss,
       Defendant.

### Notice of Motion And Certificate of Service

To: Sanjay H. Patel
Assistant Corporation Counsel
30 N. LaSalle St. Suite 1400
Chicago, IL 60602-2580

   Please Take Notice that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Motion For Disclosures of Rule 26(a)(1). I Hereby certify that I have caused true and correct copies of the above and foregoing Notice of Motion and

Plaintiff's Motion For Disclosures of Rule 26(a)(1). To be Sent to the persons named above, and by placing the foregoing in the U.S. Mail on May 16, 2008 at the Cook County Department of Correction Mail Room at P.O. Box 089002, Chicago, Illinois 60608.

Respectfully Submitted,
/s/ Lawny Martin

P.O. Box 089002
Chgo, IL 60608