Order Form (01/2005)

## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | 5-29-2008 |
|---|---|---|---|
| CASE NUMBER | 07 C 6100 | 5-29-08 DATE | 5-29-08 |
| CASE TITLE | Larry Martin (#2007-0088166) vs. Officer Moss, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for disclosures [#33] is denied. Discovery is not obtained by way of motion and is not filed with the court. Rather, the plaintiff should serve discovery requests on counsel pursuant to Fed. R. Civ. P. 26, et seq. The court becomes involved in the discovery process only if unresolvable conflicts arise between the parties.

■ [Docketing to mail notices.]

mjm