IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) NO. 07 C 6100 |
| | ) |
| OFFICER MOSS; | ) Judge Darrah |
| | ) Magistrate Nolan |
| Defendant. | ) |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: LARRY MARTIN
20070088166
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S RULE 12 (c) MOTION.**

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF FILING and DEFENDANT'S RULE 12 (c) MOTION - REPLY** the persons named above by U.S. Mail on 14 JULY 08, along with a copy of all case law cited in DEFENDANT'S REPLY.

DATED:    14 JULY 2008

Respectfully submitted,
/s/ SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS 60602
(312) 742-3902
ATTORNEY NO. 06272840