NOTICE OF CHANGE OF ADDRESS

Dear Clerk of the District Court:

I'm writing to you in regard of my change of address. My new address is 5836 S. Wabash, Chicago, IL 60637

Please send any and all legal mail that you might have.

I have four claims pending under case number 07-C-6476, and case no. 07-C-6100, and 08-C-1516.

I also would like to thank you for your time and consideration in this matter.

**FILED**
LCW

AUG 28 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely,
Rennly Martin
Cell no. 773-876-6166
5836 S. Wabash
Chgo, IL 60637